# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHAKUR W. STEWART, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00497-M |
| JOHN COUGHLIN and the CITY OF DALLAS, | § § § § | |
| Defendants. | § § | |

## ORDER

The Court's Amended Trial Scheduling Order (ECF No. 91) is amended as follows:

| Event | Deadline |
|---|---|
| Objections to pretrial materials, jury instructions, proposed voir dire, and motions in limine (Scheduling Order ¶¶ 11(b), 12) | **October 25, 2023** |
| Pretrial conference | **November 1, 2023, at 9:00 a.m.** |
| Jury Selection and Trial | **November 13, 2023, at 9:00 a.m.** |

**SO ORDERED**.

October 25, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE