# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHAKUR W. STEWART, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00497-M |
| JOHN COUGHLIN and the CITY OF DALLAS, | § § § § | |
| Defendants. | § § | |

## ORDER

The parties have advised the Court that a tentative settlement has been reached subject to a proceeding on November 8, 2023. The pretrial conference set for November 1, 2023, is cancelled. If the case is not settled, responses to motions in *limine* will be due by 12:00 p.m. on November 10, 2023, and the pretrial conference will be on November 13, 2023, at 8:30 a.m., followed immediately by jury selection and trial.

**SO ORDERED**.

October 30, 2023.

_[signature: Barbara M. G. Lynn]_
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE