# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SHAKUR W. STEWART, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-00497-M |
| JOHN COUGHLIN and the CITY OF DALLAS, | § § § | |
| Defendants. | § § § | |

## ORDER

The parties have advised the Court that the Dallas City Council approved settlement, which should be finalized and funded within thirty days. The schedule outlined in the Court's previous Order (ECF No. 117) is **VACATED**. By December 13, 2023, the parties are **ORDERED** to submit dismissal papers or update the Court on the status of settlement.

**SO ORDERED**.

November 9, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE